# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. BRENNAN <br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY <br> OF NORTH AMERICA <br> Defendant. | Civil Action No. 05-40034-FDS |

## NOTICE OF APPEARANCE

NOW COMES David B. Crevier and hereby enters his appearance on behalf of Defendant Life Insurance Company of North America in the above entitled matter.

Respectfully Submitted,
The Defendant Life Insurance Company
of North America,
By its Attorney:

CREVIER & RYAN, LLP.

David B. Crevier, BBO# 5557242
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing on all counsel of record, by first class U.S. Mail, postage prepaid, said service having taken place this 18th day of March 2005.