**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| THOMAS D. BRENNAN<br>                Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>                Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-40034-FDS<br>)<br>)<br>)<br>)<br>) |

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S**
**LR. 7.3 CORPORATE DISCLOSURE**

Defendant Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc. CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation. CIGNA Corporation is the only company that is publicly traded and has issued shares to the public.

                                            Respectfully Submitted,
                                            The Defendant Life Insurance Company of
                                            North America,
                                            By its Attorney:

                                            CREVIER & RYAN, LLP.

                                            David B. Crevier, BBO# 557242
                                            1500 Main Street, Suite 2020
                                            Springfield, MA 01115
                                            Tel: 413-787-2400
                                            Facsimile: 413-781-8235
                                            Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 22nd day of March, 2005.

                                                        _____
                                                        Jennifer Goncalves