UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40034-FDS
GEORGE A. BALKO III
BBO #548872

| | |
|---|---|
| THOMAS D. BRENNAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PLAINTIFF'S MOTION REQUESTING |
| ) | RULE 16 SCHEDULING CONFERENCE |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA ) | |
| ) | |
| Defendant. ) | |

Now comes the Plaintiff in this action and requests the Court schedule a Scheduling Conference pursuant to Rule16 of the Federal Rules of Civil Procedure, and pursuant to Local Rule 16.1. As grounds therefore, Plaintiff states that such Scheduling Conference is necessary and the time period under Local Rule 16.1 for holding such a conference has passed.

Plaintiff asks that, in light of vacation schedules of counsel for both parties, that the Court not schedule this conference before 22 August 2005.

Respectfully submitted,

Thomas D. Brennan,
By his attorney,

George A. Balko III, BBO# 548872
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01608-0156
(508) 926-3404
(508) 929-3004 (fax)

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on _____
[signature]

Dated: July 12, 2005

{J:\CLIENTS\lit\021859\0100\00563225.DOC;1}