UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. BRENNAN<br>   Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>   Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-40034-FDS<br>)<br>)<br>)<br>) |

### THOMAS D. BRENNAN REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), the Plaintiff Thomas D. Brennan files this Certification Regarding Costs and Alternative Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses -- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THOMAS D. BRENNAN

_/s/ Thomas D. Brennan_

COUNSEL TO THOMAS D. BRENNAN

_/s/ George A. Balko III_
George A. Balko III, BBO# 548872
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01608-0156
(508) 926-3404
(508) 929-3004 - Fax

Dated: August 19, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 19 August 2005.
_/s/ George Balko_