UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS D. BRENNAN<br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>            Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-40034-FDS<br>)<br>)<br>)<br>)<br>) |

**MUTUAL AGREEMENT REGARDING EXTENSION OF DEADLINES**

Now come Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties") and pursuant to the Procedural Provisions of the Court's Scheduling Order dated August 24, 2005, which allows the parties to extend deadlines by mutual agreement, hereby extend the deadlines as set forth below:

1. All requests for admission must be served by May 8, 2006.

2. All depositions, other than expert depositions, must be completed by March 30, 2006.

3. All discovery, other than expert discovery, must be completed by May 8, 2006.

4. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by June 6, 2006.

5. Plaintiff(s)' trial experts must be deposed by June 29, 2006.

6. Defendant(s)' trial must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by July 21, 2006.

7. Defendant(s)' trial experts must be deposed by August 24, 2006.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III, Esq. | /s/David B. Crevier |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel: 508-926-3404 | Tel: 413-787-2400 |
| Facsimile: 508-929-3004 | Facsimile: 413-781-8235 |
| Email: gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that a true copy of the forgoing was delivered by first class mail, postage prepaid on this 23rd day of January 2006, to counsel of record.

/s/David B. Crevier