11.  No party will be prejudiced by allowing Brennan to conduct the depositions listed above, as we expect they can all be completed by the deadline for deposition discovery.

WHEREFORE, Thomas D. Brennan respectfully requests leave to conduct deposition in excess of the ten depositions allowed by the Federal Rules of Civil Procedure.

                                            Respectfully submitted,

                                            Thomas D. Brennan,
                                            By his attorney,

                                            /s/ George A. Balko III
                                            George A. Balko III, Esquire, BBO # 548872
                                            BOWDITCH & DEWEY, LLP
                                            311 Main Street, P.O. Box 15156
                                            Worcester, MA 01615-0156
                                            (508) 791-3511
                                            gbalko@bowditch.com

Dated: February 13, 2006