# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS D. BRENNAN<br>            Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-40034 FDS |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Now come Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") (hereinafter collectively referred to as "the Parties") and hereby respectfully request that this Court extend the discovery deadlines in this case by eleven weeks, as set forth below.

This case involves a claim for long-term disability benefits under an ERISA governed plan. As explained below, the Court should grant the Parties' Joint Motion to Extend Discovery Deadlines because: (1) the deadline for the completion of depositions, other than expert depositions is March 30, 2006; (2) the Parties are currently engaged in discovery involving depositions in multiple states; (3) the Parties have encountered difficulty in scheduling a deposition due to the schedules of the attorneys and the unavailability of the witness; and (4) there is a pending motion by Plaintiff for leave to file in excess of ten depositions that may become moot as discovery continues and the Parties work out the evidentiary issues in this case.

On January 23, 2006, the Parties submitted a Mutual Agreement Regarding Extension of Deadlines establishing the current discovery deadlines as follows: (1) requests for admissions shall be served by May 8, 2006; (2) all depositions, other than expert depositions, must be

completed by March 30, 2006; (3) all discovery, other than expert discovery, must be completed by May 8, 2006; (4) Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by June 6, 2006; (5) Plaintiff's trial experts must be deposed by June 29, 2006; (6) Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P 26(a)(2) must be disclosed, by July 21, 2006; (7) Defendant's trial experts must be deposed by August 24, 2006.

The Parties currently have depositions scheduled in Denver, Colorado for the week of March 4. Plaintiff's deposition is scheduled for the following week. Plaintiff seeks to take depositions of Defendant's employees in Dallas, Texas pending the Court's ruling on his Motion for Leave to Take in Excess of Ten Depositions. Plaintiff cannot schedule the depositions of Defendant's employees until the Court rules on the Plaintiff's Motion. More significantly, the Parties agree that Plaintiff's Motion may become moot as discovery continues and the parties work out the evidentiary issues in this case. In addition, the parties are having difficulty scheduling the deposition of a witness due to the schedules of the attorneys and the witness' unavailability in March.

Due to the multitude of depositions in other states, the pending Motion for Leave to Take in Excess of Ten Depositions and the fact that further discovery may render Plaintiff's Motion moot, and the difficulty in scheduling the deposition of a relevant witness, the Parties respectfully request that the deadlines be extended as follows:

1. Requests for admissions shall be served by August 4, 2006;
2. All depositions, other than expert depositions, must be completed by June 16, 2006;
3. All discovery, other than expert discovery, must be completed by August 4, 2006;

4. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by August 22, 2006;

5. Plaintiff's trial experts must be deposed by September 7, 2006;

6. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P 26(a)(2) must be disclosed, by October 6, 2006

7. Defendant's trial experts must be deposed by November 9, 2006.

Respectfully submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his attorney, | By its attorney, |
| /s/George A. Balko, III. | /s/David B. Crevier |
| George A. Balko, III, Esq., BBO# 548872 | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel: (508) 926-3404 | Tel: (413) 787-2400 |
| Fax: (508) 929-3004 | Fax: (413) 781-8235 |
| Email: gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that a true copy of the forgoing was delivered by hand to counsel of record, on this 2nd day of March 2006.

/s/George Balko, III

## **CERTIFICATE OF SERVICE**

      I, George A. Balko III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 2, 2006.

                                             /S/ George A. Balko III