# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS D. BRENNAN<br>Plaintiff, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-40034-FDS |
| LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>Defendant. | )<br>)<br>)<br>)<br>) |  |

## NOTICE OF APPEARANCE

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendant Life Insurance Company of North America in the above entitled matter.

Respectfully Submitted,
The Defendant Life Insurance Company
Of North America
By its Attorney:

CREVIER & RYAN, LLP.

/s/Katherine R. Parsons
Katherine R. Parsons, BBO# 657280
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 13th day of March, 2006.

/s/Katherine R. Parsons