UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
THOMAS D. BRENNAN             )
            Plaintiff,        )
                              )
v.                            )     Civil Action No. 05-40034-FDS
                              )
LIFE INSURANCE COMPANY        )
OF NORTH AMERICA              )
            Defendant.        )
_____)

## EMERGENCY JOINT MOTION TO MODIFY SCHEDULING ORDER

Now come Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties"), hereby respectfully request that the Court grant their Emergency Joint Motion to Modify the Scheduling Order as set forth below.

This case involves a claim for long term disability benefits under an ERISA governed plan. In support of their Joint Motion to Modify the Scheduling Order, the Parties state that: (1) the current deadline for all depositions other than expert depositions is June 16, 2006; and (2) Plaintiff's counsel has been hospitalized for several weeks and the Parties have had to postpone and reschedule several depositions as a result.

On March 2, 2006, the Court granted the Parties' Joint Motion to Extend the Discovery Deadlines as follows: (1) Requests for Admissions shall be served by August 4, 2006; (2) All depositions, other than expert depositions, must be completed by June 16, 2006; (3) All discovery, other than expert discovery, must be completed by August 4, 2006; (4) Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by August 22, 2006; (5) Plaintiff's trial experts must be deposed by September 7,

1

2006; (6) Defendant's trial experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by October 6, 2006; and (7) Defendant's trial experts must be deposed by November 9, 2006.

The Parties agreed that it was necessary to depose Plaintiff's former employer, Cenveo f/k/a Mail-Well Corporation, before any meaningful additional depositions could occur. A depositions of Cenveo, and other relevant individuals, were set for the week of March 6, 2006. Counsel for the Parties traveled to Denver to take those depositions. However, Cenveo did not appear at its deposition. The Cenveo deposition was rescheduled in Massachusetts for mid-April 2006. The deposition was again delayed and finally held on May 10, 2006 and concluded on May 11, 2006.

Plaintiff's counsel entered the hospital on May 18, 2006 and currently remains hospitalized. As a result, the Parties postponed the scheduled depositions of Dr. Naran Sodha and Attorney Robert Longden. Due to the impending deadline, Cenveo's delay in appearing for its deposition, the fact that Plaintiff's counsel has been hospitalized for several weeks, and the fact that the Parties have had to postpone and reschedule several depositions as a result, the Parties respectfully request that the deadlines be extended as follows:

1. All requests for admissions must be served by September 22, 2006.
2. All depositions, other than expert depositions, must be completed by August 25, 2006.
3. All discovery, other than expert discovery, must be completed by September 22, 2006.
4. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by October 6, 2006.
5. Plaintiff(s)' trial experts must be deposed by November 10, 2006.

6. Defendant(s)' trial must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by December 8, 2006.

7. Defendant(s)' trial experts must be deposed by January 12, 2007.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III, Esq. | /s/David B. Crevier |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP. |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel: 508-926-3404 | Tel: 413-787-2400 |
| Facsimile: 508-929-3004 | Facsimile: 413-781-8235 |
| Email: gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |

**CERTIFICATE OF SERVICE**

I certify that a true copy of the forgoing was delivered by first class mail, postage prepaid on this 5th day of June 2006, to counsel of record.

/s/David B. Crevier