UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40034-FDS

THOMAS D. BRENNAN, )
        Plaintiff, )
)
v. )
)
LIFE INSURANCE COMPANY )
OF NORTH AMERICA, )
        Defendant. )

**FURTHER STATUS REPORT ON PLAINTIFF'S MOTION TO
TAKE MORE THAN TEN DEPOSITIONS**

Pursuant to the Court's Order entered 2 March 2006, Plaintiff is reporting to the Court on the status of his pending Motion for Leave to Take in Excess of Ten Depositions.

In the Parties' recent Joint Motion to Extend the Discovery and Tracking Deadlines, which Motion the Court allowed, the Parties indicated that the Plaintiff's potential need for leave to take more than ten depositions and the need for the Court to rule on the pending motion might be mooted depending on depositions that were to take place in March. The depositions included a Rule 30(b)(6) deposition of Cenveo, f/k/a Mail-Well Corporation. Mail-Well Corporation was Plaintiff's employer at the time he ceased work due to his current disability.

As reported in the Status Report on Plaintiff's Motion to Take More Than Ten Depositions filed on 31 March 2006, the depositions of Cenveo, and other relevant individuals, were set for the week of 6 March 2006. Counsel for the parties traveled to Denver to take those depositions.

However, Cenveo did not appear at its deposition. The company indicated that it had one designee who was made unavailable by a family emergency only days before hand, and that it had not otherwise prepared for the depositions.

By agreement of the Parties and Cenveo, the deposition was rescheduled for 13 and 14 April 2006. Shortly before the deposition dates, Cenveo advised the Parties that it was not prepared to go forward with the deposition on 13 and 14 April. The deposition was again delayed. The Cenveo deposition was rescheduled and finally held on 10 and 11 May 2006. Additionally, on 18 May 2006, Plaintiff's attorney was admitted to the hospital and currently remains hospitalized.

Because the deposition of Cenveo did not go forward until mid-May and because Plaintiff's counsel is currently hospitalized, the Parties cannot yet resolve the issue that has caused Plaintiff to file his Motion for Leave to File in Excess of Ten Depositions. However, the Parties are working together to resolve that dispute. If it cannot be resolved, then the Court will have to rule on Plaintiff's motion.

For these reasons, the Parties request that the Court extend the time to report whether the Motion has become moot up to and including 30 June 2006.

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his attorney, | By its attorney, |
| /s/ George A. Balko, III. | /s/ David B. Crevier |
| George A. Balko, III, Esq., BBO# 548872 | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel: (508) 926-3404 | Tel: (413) 787-2400 |
| Fax: (508) 929-3004 | Fax: (413) 781-8235 |
| Email: gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |

Dated: June 7, 2006

## CERTIFICATE OF SERVICE

I, George A. Balko III, hereby certify that I have this 7th day of June 2006 served by electronic mail to opposing counsel Status Report on Plaintiff's Motion to Take More Than Ten Depositions.

/s/ George A. Balko III
George A. Balko III