**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| THOMAS D. BRENNAN<br>         Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>         Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-40034-FDS<br>)<br>)<br>)<br>)<br>) |

## EMERGENCY JOINT MOTION TO STAY

Now come, Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties") and hereby respectfully request that the Court grant their Emergency Joint Motion to Stay this case until the Parties submit their Joint Motion to Modify the Discovery Order.

This case involves a claim for long term disability benefits under an ERISA governed plan. In support of their Joint Motion to Stay, the Parties state that: (1) due to Plaintiff's counsel's prior hospitalization, the Court's delay in ruling on Plaintiff's Motion to Take In Excess of Ten Depositions, and discussions of mediation, the Parties are in need of additional time to complete discovery in this case; (2) Plaintiff's counsel has been hospitalized again and it is unknown how long he will remain in the hospital; (3) the Federal Court trial that counsel for Defendant originally had scheduled for October has been transferred to another judge and the trial start date will be determined October 13, 2006; and (4) prior to the hospitalization of Plaintiff's counsel and the postponement of Defendant's counsel's trial, the Parties were in the process of finalizing a Joint Motion to Modify the Discovery Order.

1

The Discovery Deadlines as currently as follows: (1) Final Pretrial Conference rest for January 18, 2007; (2) Status Conference set for September 25, 2006; (3) Requests for Admissions served by September 22, 2006; (4) All fact depositions completed by August 25, 2006; (5) Discovery to be completed by September 22, 2006; (6) Plaintiff's experts designated by October 6, 2006 and deposed by November 10, 2006; (7) Defendant's experts designated by December 8, 2006 and deposed by January 12, 2007; (8) Dispositive motions due by October 11, 2006.  Order dated June 8, 2006.

Due to Plaintiff's hospitalization in May, the Court's delay in ruling on Plaintiff's Motion to Take in Excess of Ten Depositions, and discussions of mediation, the Parties are in need of additional time to complete fact discovery.  Prior to the present hospitalization of Plaintiff's counsel and the postponement of Defendant's counsel's trial, the Parties were finalizing a Joint Motion to Modify the Discovery Order.  Now that Plaintiff's counsel has been hospitalized and will remain hospitalized for an unknown length of time, and Defendant's counsel's October trial has been postponed until a date to be determined October 13, 2006, the Parties are unable to effectively identify realistic discovery deadlines at this time.

Consequently, the Parties respectively request that this Court stay this case, including the status conference scheduled for Monday, September 25, 2006, until the Parties submit their Joint Motion to Modify the Discovery Order.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III | /s/Katherine R. Parsons |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Katherine R. Parsons, BBO # 657280 |
| 311 Main Street, PO Box 15156 | Crevier & Ryan, LLP |
| Worcester, MA 01608-0156 | 1500 Main Street, Suite 2020 |
| Tel: 508-926-3404 | Springfield, MA 01115 |
| Facsimile: 508-929-3004 | Tel: 413-787-2400 |
| Email: gbalko@bowditch.com | Facsimile: 413-781-8235 |
|  | Email: dcrevier@crevierandryan.com |
|  | kparsons@crevierandryan.com |

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 19th day of September, 2006.

/s/Katherine R. Parsons