UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
THOMAS D. BRENNAN             )
           Plaintiff,         )
                              )
v.                            )      Civil Action No. 05-40034-FDS
                              )
LIFE INSURANCE COMPANY        )
OF NORTH AMERICA              )
           Defendant.         )
_____)
```

### JOINT MOTION TO MODIFY SCHEDULING ORDER
### AND FOR A PROTECTIVE ORDER

Now come Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties"), hereby respectfully request that the Court grant their Joint Motion to Modify the Scheduling Order and For A Protective Order.

This case involves a claim for long term disability benefits under an ERISA governed plan. In support of their Joint Motion to Modify the Scheduling Order, the Parties state that: (1) due to Plaintiff's counsel's numerous hospitalizations, the Court's delay in ruling on Plaintiff's Motion to Take In Excess of Ten Depositions, and discussions of mediation, the Parties are in need of additional time to complete discovery in this case.

The Discovery Deadlines are currently as follows: (1) Final Pretrial Conference rest for January 18, 2007; (2) Status Conference set for September 25, 2006; (3) Requests for Admissions served by September 22, 2006; (4) All fact depositions completed by August 25, 2006; (5) Discovery to be completed by September 22, 2006; (6) Plaintiff's experts designated by October 6, 2006 and deposed by November 10, 2006; (7) Defendant's experts designated by

1

December 8, 2006 and deposed by January 12, 2007; (8) Dispositive motions due by October 11, 2006.  <u>Order dated June 8, 2006</u>.

Defendants' counsel has a Federal Court Trial Scheduled for November 2006 and the Parties agree to a Protective Order, preventing the Parties from taking discovery, filing motions or otherwise litigating this case, from November 6, 2006 through November 30, 2006.

In light of the discovery to be done and the Protective Order, the Parties propose the following modified deadlines: (1) Final Pretrial Conference set for July 6, 2007; (2) Requests for Admissions served by February 9, 2007; (3) All fact depositions completed by February 9, 2007; (4) All fact discovery to be completed by February 9, 2007; (5) Plaintiff's experts designated by February 28, 2007 and deposed by March 23, 2007; (6) Defendant's experts designated by April 13, 2007 and deposed by May 11, 2007; (7) Dispositive motions due by June 8, 2007.

For the reasons set forth above, the Parties respectfully request that the Court grant their motion to modify the Scheduling Order and to enter a Protective Order, preventing the Parties from taking discovery, filing motions or otherwise litigating this case, from November 6, 2006 through November 30, 2006.

Respectfully Submitted,

| | |
|---|---|
| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III | /s/Katherine R. Parsons |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Katherine R. Parsons, BBO # 657280 |
| 311 Main Street, PO Box 15156 | Crevier & Ryan, LLP |
| Worcester, MA 01608-0156 | 1500 Main Street, Suite 2020 |
| Tel:  508-926-3404 | Springfield, MA 01115 |
| Facsimile:  508-929-3004 | Tel:  413-787-2400 |
| Email:  gbalko@bowditch.com | Facsimile:  413-781-8235 |
| | Email: dcrevier@crevierandryan.com |
| |        kparsons@crevierandryan.com |

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 30th day of October, 2006.

                                          /s/Katherine R. Parsons