## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
THOMAS D. BRENNAN              )
              Plaintiff,       )
                               )
v.                             )          Civil Action No. 05-40034-FDS
                               )
LIFE INSURANCE COMPANY         )
OF NORTH AMERICA               )
              Defendant.       )
_____)
```

### STIPULATION TO THE STANDARD OF REVIEW

Now come, Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties") and hereby stipulate that the standard of review in this case is de novo.

Respectfully Submitted,

| | |
|---|---|
| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III | /s/Katherine R. Parsons |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Katherine R. Parsons, BBO # 657280 |
| 311 Main Street, PO Box 15156 | Crevier & Ryan, LLP |
| Worcester, MA 01608-0156 | 1500 Main Street, Suite 2020 |
| Tel: 508-926-3404 | Springfield, MA 01115 |
| Facsimile: 508-929-3004 | Tel: 413-787-2400 |
| Email: gbalko@bowditch.com | Facsimile: 413-781-8235 |
| | Email: dcrevier@crevierandryan.com |
| | kparsons@crevierandryan.com |

2

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 30th day of October, 2006.

                                        /s/Katherine R. Parsons