UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
THOMAS D. BRENNAN                   )
            Plaintiff,              )
                                    )
v.                                  )   Civil Action No. 05-40034-FDS
                                    )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA                    )
            Defendant.              )
_____)

**FINAL JOINT MOTION TO MODIFY SCHEDULING ORDER**

Now come Plaintiff, Thomas D. Brennan ("Plaintiff"), and Defendant, Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties") and hereby respectfully request that the Court grant their Joint and Final Motion to Modify the Scheduling Order.

This case involves a claim for long term disability benefits under an ERISA governed plan. In support of their Joint Motion to Modify the Scheduling Order, the Parties state that due to the holidays, a recent hospitalization of Plaintiff's counsel and scheduling conflicts of prospective witnesses, the Parties require an additional month for fact discovery. The Parties seek to take three additional depositions, which will all be completed by mid-March.

Plaintiff seeks to take the deposition of Deborah Martin and a 30(b)(6) deposition of Defendant. The parties have agreed to depose Ms. Martin by February 23, 2007 and to depose Defendant on the earliest date Defendant's witness is available, March 7 and 8, 2007. In addition, during the deposition of Attorney Robert Longden on January 24, 2007, Defendant learned of the significance of Attorney Mark Zoeller's participation in the negotiations of

Plaintiff's employment agreement and has noticed Attorney Mark Zoeller's deposition for February 26, 2007.

The Discovery Deadlines are currently as follows: (1) Final Pretrial Conference set for July 6, 2007; (2) All fact depositions completed by February 9, 2007; (3) All fact discovery to be completed by February 9, 2007; (4) Plaintiff's experts designated by February 28, 2007 and deposed by March 23, 2007; (5) Defendant's experts designated by April 13, 2007 and deposed by May 11, 2007; (6) Dispositive motions due by June 8, 2007.  <u>Order dated October 30, 2006</u>.

In light of the three remaining depositions to be taken, the Parties propose the following modified deadlines: (1) Final Pretrial Conference set for July 6, 2007; (2) All fact depositions completed by March 16, 2007; (3) All fact discovery to be completed by March 16, 2007; (5) Plaintiff's experts designated by March 30, 2007 and deposed by May 15, 2007; (6) Defendant's experts designated by May 31, 2007 and deposed by June 29, 2007; (7) Dispositive motions due by July 13, 2007.

Similarly, the Parties respectfully request that the Court postpone the March 14, 2007 Status Conference to a date convenient for the Court to the week of March 26, April 2 or 3 or any day from May 1 through May 25.  The Parties request that this Court not schedule the status conference at any time during April other than the 2nd or 3rd because Plaintiff's counsel has two trials in the first half of April and will be on vacation for the remainder of the month.

For the reasons set forth above, the Parties respectfully request that the Court grant their motion to modify the Scheduling Order.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko | /s/Katherine R. Parsons |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Katherine R. Parsons, BBO # 657280 |
| 311 Main Street, PO Box 15156 | Crevier & Ryan, LLP |
| Worcester, MA 01608-0156 | 1500 Main Street, Suite 2020 |
| Tel:  508-926-3404 | Springfield, MA 01115 |
| Facsimile:  508-929-3004 | Tel:  413-787-2400 |
| Email:  gbalko@bowditch.com | Facsimile:  413-781-8235 |
|  | Email: dcrevier@crevierandryan.com |
|  | kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 9th day of February, 2007.

/s/Katherine R. Parsons