UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40034-FDS

| | |
|---|---|
| THOMAS D. BRENNAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| LIFE INSURANCE COMPANY | ) |
| OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION
FOR A PROTECTIVE ORDER REGARDING 30(b)(6) DEPOSITION NOTICE OF LINA

  Plaintiff Thomas D. Brennan hereby moves the Court to enlarge by three days the time he has to respond to Defendant's Motion for Protective Order concerning the notices Rule 30(b)(6) deposition of Defendant. Defendant filed its Motion on 5 March 2007, and a response is due under Local Rule 7.1 on 19 March 2007. Plaintiff requests an enlargement of three days to respond to this Motion.

  The Motion involves Plaintiff's deposition notice of Defendant. Defendant essentially seeks a Protective Order grossly limiting the scope of testimony, and documents to be produced, that Plaintiff has requested of Defendant. Allowance of Defendant's Motion, as presented, would make nearly meaningless any deposition taken of Defendant's designee. Plaintiff requests three additional days to be able to explain to the Court in an adequate fashion what the scope of topics, and documents requested, are appropriate in the instant case. Due to an unusually heavy press of business on both attorneys for Plaintiff who could prepare a response, counsel for

Plaintiff has not been able to draft their opposition to this Motion in the time allotted by Local Rule 7.1

WHEREFORE, Plaintiff requests three additional days to file his opposition to Defendant's Motion.

Respectfully submitted,<br>
THOMAS D. BRENNAN<br>
By his Attorney,<br>
<br>
/S/ George A. Balko III<br>
George A. Balko III, Esquire, BBO # 548872<br>
BOWDITCH & DEWEY, LLP<br>
311 Main Street, P.O. Box 15156<br>
Worcester, MA  01615-0156<br>
(508) 791-3511<br>
gbalko@bowditch.com

Dated:  March 19, 2006

## Certificate of Service

I, George A. Balko III, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 19 March 2007.

/S/ George A. Balko III<br>
George A. Balko III, Esquire