# CREVIER & RYAN, LLP

ATTORNEYS AT LAW

TOWER SQUARE
1500 MAIN STREET, SUITE 2020
SPRINGFIELD, MASSACHUSETTS 01115-5727

TELEPHONE (413) 787-2400

FAX (413) 781-8235

David B. Crevier *
Michael P. Ryan
Katherine R. Parsons ♦◊

\* Also admitted in NY
♦ Also admitted in RI
◊ Also admitted in CT

April 9, 2007

**VIA ELECTRONIC FILING**

The Honorable F. Dennis Saylor IV
United States District Court
District of Massachusetts
595 Main Street
Worcester, MA 01608

Re:   Thomas D. Brennan v. Life Insurance Company of North America
      U.S. District Court Civil Action No. 05-40034-FDS

Dear Judge Saylor:

In accordance with the Court's Order of March 26, 2007, I am writing on behalf of both parties to respectfully inform the Court that the parties are available for trial during the weeks of October 22, 2007 and October 29, 2007.

Thank you.

Sincerely,

David B. Crevier

cc:   George Balko, Esq.