UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
THOMAS D. BRENNAN                   )
            Plaintiff,              )
                                    )
v.                                  )     Civil Action No. 05-40034-FDS
                                    )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA                    )
            Defendant.              )
_____ )

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Now come Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties"), and hereby respectfully request that the Court grant their Joint Motion to Modify the Scheduling Order as set forth below.

This case involves a claim for long term disability benefits under an ERISA governed plan. In support of their Joint Motion to Modify the Scheduling Order, the Parties state that:

(1) By its order dated February 9, 2007, the Court ordered, among other things, that: a) fact discovery be completed by March 16, 2007; and 2) Defendant's expert be designated by May 31, 2007 and deposed by June 29, 2007

(2) On March 5, 2007, the Defendants filed a motion for protective order as to discovery sought by the Plaintiff.

(3) While the parties were waiting for the Court's decision on the motion for protective order, the Parties engaged in significant settlement discussions with an agreement that discovery/disclosures be suspended pending completion of the settlement discussions;

(4) The Court has ordered that the trial in this case occur on October 29, 2007, with pretrial submissions due during October.

(5) On June 13, 2007, Judge Hillman decided Defendant's motion for protective order granting it in significant part, but allowing discovery as to limited areas.

(6) On June 19, 2007, the parties determined that settlement discussions would not likely be fruitful and desire that the Court reestablish the deadlines for disclosure/discovery as set forth below.

Based on the foregoing, the parties request that the Court order that: 1) that the discovery allowed under the Findings and Order on LINA's Motion for a Protective Order Regarding 30(b) Deposition Notice of LINA occur on or before August 31, 2007; 2) that Defendant's designate their experts by July 27, 2007; and 3) that Plaintiff depose Defendant's expert by August 31, 2007. This discovery will conclude more than two months before trial, and will not necessitate the rescheduling of any trial related dates.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III, Esq. | /s/David B. Crevier |
| George A. Balko, III, Esq. | David B. Crevier, BBO# 5557242 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP. |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel: 508-926-3404 | Tel: 413-787-2400 |
| Facsimile: 508-929-3004 | Facsimile: 413-781-8235 |
| Email: gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of June, 2007.

                                                    /s/David B. Crevier