# CREVIER & RYAN, LLP

ATTORNEYS AT LAW

TOWER SQUARE
1500 MAIN STREET, SUITE 2020
SPRINGFIELD, MASSACHUSETTS 01115-5727

TELEPHONE (413) 787-2400                                           FAX (413) 781-8235

**David B. Crevier** *  
**Michael P. Ryan**  
**Katherine R. Parsons** ♦◊

\* Also admitted in NY  
♦ Also admitted in RI  
◊ Also admitted in CT

July 13, 2007

**VIA ELECTRONIC FILING**

Ms. Lisa Roland  
Clerk for the Honorable Timothy S. Hillman  
United States District Court  
District of Massachusetts  
595 Main Street  
Worcester, MA 01608

Re: Thomas D. Brennan v. Life Insurance Company of North America  
U.S. District Court Civil Action No. 05-40034-FDS

Dear Ms. Roland:

Pursuant to your request, we are formally requesting a copy of the transcript for the hearing on Defendant Life Insurance Company of North America's Motion for a Protective Order held before Judge Hillman on March 26, 2007 in the above referenced case. Please call me if you have any questions.

Thank you.

Sincerely,

/s/Katherine R. Parsons


cc: George Balko, Esq.