UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THOMAS D. BRENNAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 05-40034-FDS<br>George A. Balko III<br>BBO No. 548872 |

### PLAINTIFF'S WITNESS LIST

1. Thomas Brennan
   17 Timber Lane
   Holden, MA 01520

2. Lucille Brennan
   17 Timber Lane
   Holden, MA 01520

3. Gerald P. Mitchell
   47 Bonney Street
   Westwood, MA 02090

4. Life Insurance Company of North America
   1222 Greenville Avenue
   Dallas, TX 75243

5. Deborah Martin
   3 Highland Street
   South Easton, MA 02375

6. Cenveo Corporation (formerly Mail-Well)
   23 Inverness Way East, #160
   Englewood, CO 80112
   By Deposition

7. Mary Dymond
   4242 South Ivy Lane
   Englewood, CO 80111
   By Deposition

{Client Files\lit\021859\0100\PLD\01006767.DOC;1}

8.  Julie Knabenshue
    25361 East Indore Drive
    Aurora, CO 80016
    By Deposition

9.  Lori Hilgers
    4463 Country Road 72
    Bailey, CO 80421
    By Deposition

10. Mark L. Zoeller
    Vanguard Mortgage & Titles
    7921 S. Park Plaza, Suite 100
    Littleton, CO 80120
    By Deposition

Respectfully submitted,

THOMAS D. BRENNAN
By his Attorney,

/S/ George A. Balko III
George A. Balko III, Esquire, BBO #548872
Colleen E. Cushing, BBO #663498
BOWDITCH & DEWEY, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
gbalko@bowditch.com

Dated: October 15, 2007