UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS D. BRENNAN, )
)
    Plaintiff, )
v. ) Civil Action No. 05-40034-FDS
) George A. Balko III
LIFE INSURANCE COMPANY ) BBO No. 548872
OF NORTH AMERICA, )
)
    Defendant. )

## PLAINTIFF'S EXHIBIT LIST

1. Policy No. LK-007945 issues by Life Insurance Company of North America to Mail-Well Corporation.

2. 06/03/1999 Draft Stock Purchase Agreement.

3. Signed Stock Purchase Agreement.

4. Application form dated August 27, 2001, provided to Thomas Brennan by LINA.

5. 09/20/2001 Brennan's Application for Benefits to LINA submitted to LINA on 09/20/2001

6. 09/20/2001 Brennan's Application for Benefits to LINA submitted to LINA on 09/28/2001.

7. Gerald Mitchell's To Whom It May Concern letter.

8. 09/20/2004 Affidavit of Gerald Mitchell.

9. 07/19/2002 Social Security Administration Award of Benefits and subsequent benefit amount adjustments.

10. Severance Plan for Non-Union Mail-Well Employees.

11. Thomas Brennan's notes.

12. Thomas Brennan's 1998 W-2.

13. Thomas Brennan's 1999 W-2.

14. Thomas Brennan's 2000 W-2.

15. Thomas Brennan's 2001 W-2.

16. 06/20/2001 e-mail from Anita Dombrowski to Mary Dymond.

17. 04/13/2004 e-mail from Lori Hilgers to Kobie Burns.

18. 01/07/2002 LINA claim file note, Author Stephanie Goodell.

19. 03/03/2004 e-mail from Gracie Gunther to Johanna Dieterich.

20. Thomas Brennan Employment Agreement.

21. 08/01/2001 letter from Mary Dymond to Thomas Brennan.

22. Agreement Release and Waiver signed by Thomas Brennan.

23. 09/07/2001 e-mail from Amy Jones to htemp@mwenv.com and hand-written note.

24. 05/03/1999 Thomas Brennan draft Employment Agreement.

25. 06/03/1999 Thomas Brennan draft Employment Agreement.

26. 05/03/1999 Gerald Mitchell draft Employment Agreement.

27. 06/03/1999 Gerald Mitchell draft Employment Agreement.

28. 06/01/1998 Letter of Intent from Mail-Well to Lucy Brennan, Gerald Mitchell and Rory Smith.

29. 06/29/1998 Letter of Intent from Mail-Well to Lucy Brennan, Gerald Mitchell and Rory Smith.

30. 07/16/1998 facsimile from Thomas Brennan to Mail-Well.

31. 05/11/1999 facsimile from Mail-Well to Bob Longden and attachment.

32. Gerald P. Mitchell's 1998 and 1999 W-2 forms.

33. 04/13/2004 e-mail from Lori Hilgers to Kobie Burns and attached Mail-Well Enrollment/Change Form.

34. T. Brennan Enterprises, Inc. Articles of Organization.

35. Various Thomas Brennan Earnings Statements (pay check stubs).

Respectfully submitted,

THOMAS D. BRENNAN
By his attorneys,

/S/ George A. Balko III
George A. Balko III (BBO #548872)
Colleen E. Cushing (BBO #663498)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: October 15, 2007