UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. BRENNAN<br>　　　　Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>　　　　Defendant. | Civil Action No. 05-40034-FDS |

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S EXHIBIT LIST**

1. Policy No. LK-007945 issued by Life Insurance Company of North America to Mail-Well Corporation.

2. Medical Records of Narendrakumar Sodha, M.D.

3. LINA Intake Call Sheet dated August 27, 2001.

4. Application form dated August 27, 2001 provided to Thomas Brennan by LINA.

5. Letter dated September 20, 2001 from Bowditch & Dewey to LINA with application for benefits attached.

6. Letter dated June 14, 2001 from Bowditch & Dewey to Trustmark with application for benefits attached.

7. Email dated September 6, 2002 from Julie Knabenshue to Felician George.

8. Email dated September 12, 2001 from Laurie Troutman to Amy Jones.

9. Agreement Release and Waiver signed by Thomas Brennan.

10. Letter dated August 1, 2001 from Mary Stoik Dymond to and received by Thomas Brennan.

11. Facsimile dated June 10, 1999 from Thomas Brennan to Bowditch & Dewey.

12. Facsimile dated July 16, 1998 from Thomas Brennan to Mail-Well.

13. Notes that were made and kept by Thomas Brennan and produced to LINA as an attachment to the April 13, 2004 letter from Attorney Balko.

14. Handwritten notes of Robert Longden, Esq.

15. Facsimile dated July 20, 1998 from Thomas Brennan to Bob Longden.

16. Letter dated May 3, 1999 from Mail-Well's attorney to Bowditch & Dewey, LLP with drafts of Employment Agreements between Mail-Well and Thomas Brennan, Mail-Well and Gerald Mitchell, and Mail-Well and Gerald Mitchell, Jr., as well as a non-compete.

17. Letter dated June 3, 1999 from Bowditch & Dewey, LLP to Mail-Well with drafts of the Employment Agreements between Mail-Well and Thomas Brennan, Mail-Well and Gerald Mitchell, Mail-Well and Gerald Mitchell, Jr., as well as the Stock Purchase Agreement and a Promissory Note.

18. Letter dated October 7, 1999 from Mail-Well to Bowditch & Dewey, LLP.

19. Fully executed Employment Agreement between Mail-Well and Plaintiff and signed by Thomas Brennan.

20. Closing binder from the sale of NHC Incorporated stock to Mail-Well I Corporation.

21. Fully Executed Employment Agreement between Gerald Mitchell and Mail-Well I Corporation.

22. 1998 W-2 from Thomas Brennan.

23. 1999 W-2s for Thomas Brennan.

24. 2000 W-2 for Thomas Brennan.

25. 2001 W-2 for Thomas Brennan.

26. Email dated April 23, 2004 from LINA to Mail-Well.

27. Email dated May 24, 2005 from LINA to Mail-Well.

28. Letter dated July 14, 2004 from LINA to counsel for Thomas Brennan.

29. Thomas Brennan's Earnings Statements.

30. Email from Lori Hilgers to Kobie Burns dated April 13, 2004 with attachments.

31. Email from Lori Hilgers to Kobie Burns dated April 13, 2004 with attachments.

32. Letter dated September 28, 2001 from Bowditch & Dewey to LINA with application for benefits attached.

33. Letter dated June 21, 2001 from Bowditch & Dewey to Thomas Brennan with attachments.

34. Medical Records of Kenneth Harling, M.D.

35. Trustmark Application for Benefits.

36. Enrollment Forms.

37. Trustmark Policy No. TV1092.

Respectfully Submitted,

Defendant, Life Insurance Company of North America,

By its Attorneys:

CREVIER & RYAN, LLP.

/s/Katherine R. Parsons
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com
         kparsons@crevierandryan.com

4

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 15th day of October 2007.

                                          /s/Katherine R. Parsons