UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>THOMAS D. BRENNAN )<br>               Plaintiff, )<br>v. )<br> )<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA )<br>               Defendant. )<br>_____) | Civil Action No. 05-40034-FDS |

### LIFE INSURANCE COMPANY OF NORTH AMERICA'S
### REVISED WITNESS LIST

**Live Testimony**

1. Mr. Richard Lodi as the Corporate Representative of Life Insurance Company of North America
   Life Insurance Company of North America
   Gateway View Plaza
   1600 West Carson Street
   Pittsburgh, PA 15219

2. Kenneth Harling, D.C.
   Elm Park Chiropractic
   124 Russell Street
   Worcester, MA 01609

3. Naren B. Sodha, M.D.
   UMASS Memorial
   Neurology
   119 Belmont Street
   Worcester, MA 01605

4. Robert E. Longden, Esq.
   Bowditch & Dewey, LLP
   311 Main Street
   P.O. Box 15156
   Worcester, MA 01615

5. Ms. Deborah Martin
   3 Highland Street
   South Easton, MA 02375

6.  George Balko, Esq.
    Bowditch & Dewey, LLP
    311 Main Street
    P.O. Box 15156
    Worcester, MA 01615

**Testimony By Deposition Transcript**

7.  Ms. Julie Knabenshue
    25361 East Indore Drive
    Aurora, CO 80016

8.  Ms. Mary Stoik Dymond as Corporate Representative for Cenveo Corporation, formerly known as Mail-Well I Corporation
    One Canterbury Green
    201 Broad Street
    Stamford, CT 06901

9.  Ms. Lori Hilgers
    4463 County Road 72
    Bailey, CO 80421

10. Mark Zoeller, Esq.
    Vanguard Mortgage & Title
    7921 Southpark Plaza, Suite 100
    Littleton, CO 80120

Respectfully Submitted,

Defendant, Life Insurance Company of North America,

By its Attorneys:

CREVIER & RYAN, LLP.

/s/Katherine R. Parsons
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Facsimile: 413-781-8235
Email: dcrevier@crevierandryan.com
      kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 19th day of October 2007.

                                                        /s/Katherine R. Parsons