UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS D. BRENNAN<br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA<br>　　　　　Defendant. | Civil Action No. 05-40034-FDS |

### STIPULATION REGARDING THE ISSUE TO BE TRIED IN THIS CASE

Now come, Plaintiff Thomas D. Brennan ("Plaintiff") and Defendant Life Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as "the Parties") and hereby stipulate to the following:

1. The applicable long-term disability policy in this case is Policy No. LK-007945 issued by Defendant to Mail-Well Corporation (the "Policy").

2. Effective October 19, 2007, the Parties agree that from May 29, 2001 through the present, Plaintiff meets the definition of Disability/Disabled set forth at page 4 of the Policy.

3. If the Court enters judgment for Plaintiff, then Plaintiff is entitled to judgment for benefits in the amount of $2,199.00 per month beginning November 25, 2001 through the date of judgment.

4. The issues of interest and attorneys fees, if any, shall be litigated following the entry of judgment in this case.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| *[signature]* | *[signature]* |
| George A. Balko, III, Esq.<br>Bowditch & Dewey, LLP.<br>311 Main Street, PO Box 15156<br>Worcester, MA 01608-0156<br>Tel: 508-926-3404<br>Facsimile: 508-929-3004<br>Email: gbalko@bowditch.com | David B. Crevier, BBO# 5557242<br>Katherine R. Parsons, BBO # 657280<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115<br>Tel: 413-787-2400<br>Facsimile: 413-781-8235<br>Email: dcrevier@crevierandryan.com<br>        kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of October 2007.