## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS D. BRENNAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-40034-FDS |
| | ) | George A. Balko III |
| LIFE INSURANCE COMPANY | ) | BBO No. 548872 |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Colleen E. Cushing as counsel for plaintiff Thomas D. Brennan in the above-entitled case.

                Respectfully submitted,

                THOMAS D. BRENNAN
                By his attorneys,

                /S/ Colleen E. Cushing
                George A. Balko III (BBO #548872)
                Colleen E. Cushing (BBO #663498)
                Bowditch & Dewey, LLP
                311 Main Street, P.O. Box 15156
                Worcester, MA 01615-0156
                (508) 791-3511

Dated: October 26, 2007

## CERTIFICATE OF SERVICE

I, Colleen E. Cushing, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 26, 2007.

                /S/ Colleen E. Cushing
                Colleen E. Cushing, Esquire