UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS D. BRENNAN )<br>        Plaintiff, )<br>v. )<br>)<br>LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA )<br>        Defendant. )<br>) | Civil Action No. 05-40034-FDS |

## AGREED EXHIBIT LIST

Plaintiff, Thomas Brennan ("Plaintiff"), and Defendant, Life Insurance Company of North America ("Defendant"), hereby stipulate to the authenticity and admissibility of the following Exhibits:

1. Policy No. LK-007945 issued by Defendant to Mail-Well Corporation.

2. Intake Call Sheet produced and maintained by Defendant and dated August 27, 2001.

3. Letter dated August 27, 2001 from Defendant to Plaintiff attaching Proof of Loss Form.

4. Letter dated September 20, 2001 from Plaintiff's counsel to Defendant attaching Proof of Loss Form.

5. Letter dated September 28, 2001 from Plaintiff's counsel to Defendant attaching Proof of Loss Form.

6. Notes that were made and kept by Plaintiff.

7. Email from Mail-Well to Defendant dated April 13, 2004 attaching Plaintiff's 2000 enrollment form, 2001 re-election and open enrollment form, and earnings record for the quarter ending June 30, 2001.

8. Facsimile dated July 16, 1998 from Plaintiff to Mail-Well.

9. Facsimile dated July 20, 1998 from Plaintiff to Plaintiff's counsel attaching facsimile

dated June 30, 1998 from Mail-Well to Plaintiff's wife and facsimile dated July 16, 1998 from Plaintiff to Mail-Well.

10. Letter dated May 3, 1999 from Mail-Well's counsel to Plaintiff's counsel attaching drafts of the Employment Agreements for Plaintiff, Gerald Mitchell and Gerald Mitchell, Jr. and the Non-Competition Agreement.

11. Letter dated June 3, 1999 from Plaintiff's counsel to Mail-Well attaching drafts of the Stock Purchase Agreement, the Employment Agreements for Plaintiff, Gerald Mitchell and Gerald Mitchell, Jr., and the Promissory Note.

12. Fully executed Employment Agreement between Mail-Well and Plaintiff.

13. Fully executed Employment Agreement between Mail-Well and Gerald Mitchell.

14. Closing Binder dated October 18, 1999 entitled "N.H.C. Incorporated Sale of Stock to Mail-Well I Corporation."

15. Plaintiff's 1998 W-2 from Northeastern Envelope Manufacturing Corporation.

16. Plaintiff's 1999 W-2s from Northeastern Envelope Manufacturing Corporation and Mail-Well I Corporation.

17. Plaintiff's 2000 W-2 from Mail-Well I Corporation.

18. Plaintiff's 2001 W-2 from Mail-Well I Corporation.

19. Earning Statements of Plaintiff from Northeastern Envelope Manufacturing Corporation, Mail-Well Envelope, and Mail-Well I Corporation.

20. Medical Records of Narendrakumar Sodha, M.D. relating to Plaintiff.

21. Trustmark Insurance Company Disability Income Insurance Claim Application executed by Plaintiff.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III | /s/Katherine R. Parsons |
| George A. Balko, III, Esq., BBO# 548872 | David B. Crevier, BBO# 5557242 |
| Colleen E. Cushing, Esq., BBO #663498 | Katherine R. Parsons, BBO # 657280 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel:  508-926-3404 | Tel:  413-787-2400 |
| Facsimile:  508-929-3004 | Facsimile:  413-781-8235 |
| Email:  gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |
|          ccushing@bowditch.com |          kparsons@crevierandryan.com |

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 30th day of October 2007.

/s/Katherine R. Parsons