UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
THOMAS D. BRENNAN                   )
            Plaintiff,              )
v.                                  )    Civil Action No. 05-40034-FDS
                                    )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA                    )
            Defendant.              )
                                    )
```

## JOINT UNAGREED EXHIBIT LIST

Plaintiff, Thomas Brennan ("Plaintiff"), and Defendant, Life Insurance Company of North America ("Defendant") (collectively referred to as "the Parties"), hereby stipulate to the facts set forth in the descriptions of the Exhibits. To the extent the Parties agree that the Exhibits are authentic, the description below begins with "An authentic and genuine copy." The description for the Exhibits that the Parties do not agree are authentic begins with "A copy."

### PLAINTIFF'S EXHIBITS

22. An authentic and genuine copy of Defendant's claim file note dated January 7, 2002 and maintained by Defendant as records of regularly conducted activity.

23. An authentic and genuine copy of Defendant email dated March 3, 2004 from Gracie Gunther to Johanna Dieterich and maintained by Defendant as records of regularly conducted activity.

24. An authentic and genuine copy of a Mail-Well letter dated August 1, 2001 from Mary Dymond to Thomas Brennan and maintained by Mail-Well as records of regularly conducted activity.

25. An authentic and genuine copy of an Agreement Release and Waiver dated August 8, 2001, signed by Plaintiff and maintained by Mail-Well as records of regularly conducted activity.

1

26. A copy of an email dated September 7, 2001 from Amy Jones to hrtemp@mwenv.com, with hand-written note, maintained by Mail-Well as records of regularly conducted activity..

27. A copy of a Mail-Well facsimile dated May 11, 1999 from V. Bruce Thompson to Robert Longden and maintained by Bowditch & Dewey as records of regularly conducted activity.

28. A copy of a Mail-Well email dated June 20, 2001 from Anita Dombrowski to Mary Dymond, including hand-written notes, maintained by Mail-Well as records of regularly conducted activity.

29. An authentic and genuine copy of a letter from Gerald Mitchell and addressed "To Whom It May Concern."

30. An authentic and genuine copy of an affidavit dated September 20, 2004, signed by Gerald Mitchell.

31. A copy of Gerald Mitchell's 1998 and 1999 W-2 forms.

32. A copy of the Severance Plan for Non-Union Mail-Well Employees effective as of May 31, 2001 maintained by Mail-Well as records of regularly conducted activity.

33. A copy of the Articles of Organization of T. Brennan Enterprises, Inc.

### DEFENDANT'S EXHIBITS

34. An authentic and genuine copy of a letter dated June 14, 2001 authored by Plaintiff's counsel and sent to Trustmark Insurance Company with an authentic and genuine copy of the completed Trustmark application for long-term disability benefits signed by Thomas Brennan attached.

35. An authentic and genuine copy of an email dated September 6, 2001 from Mail-Well to Defendant that was maintained by Defendant as records of regularly conducted activity.

36. An authentic and genuine copy of an email dated September 12, 2001 from Mail-Well to Defendant that was maintained by Defendant as records of regularly conducted activity.

37. An authentic and genuine copy of a facsimile dated June 10, 1999 from Plaintiff to Plaintiff's counsel that was maintained by Plaintiff's counsel as records of regularly conducted activity.

38. An authentic and genuine copy of a letter dated October 7, 1999 from Mail-Well to Plaintiff's counsel that was maintained by Plaintiff's counsel as records of regularly conducted activity.

39. An authentic and genuine copy of an email dated April 23, 2004 from Defendant to and received by Mail-Well that was maintained by Defendant as records of regularly conducted activity.

40. A copy of an email dated May 24, 2004 from Defendant to Mail-Well.

41. An authentic and genuine copy of a letter dated July 14, 2004 sent by Defendant and received by Plaintiff's counsel and maintained by Defendant as records of regularly conducted activity.

42. An authentic and genuine copy of a letter dated June 21, 2001 sent by Plaintiff's counsel to Plaintiff with a copy of the Trustmark Policy previously provided by Plaintiff to Plaintiff's counsel attached.

43. An authentic and genuine copy of the medical records of Kenneth Harling, M.D. relating to Plaintiff maintained by Dr. Harling as records of regularly conducted activity.

44. An authentic and genuine copy of handwritten notes that were made and kept by Robert Longden, Esq. during the negotiation of the sale of Northeastern Envelope to Mail-Well as records of regularly conducted activity.

Respectfully Submitted,

| PLAINTIFF THOMAS D. BRENNAN | DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA |
|---|---|
| By his Attorney: | By its Attorney: |
| /s/George A. Balko, III | /s/Katherine R. Parsons |
| George A. Balko, III, Esq., BBO# 548872 | David B. Crevier, BBO# 5557242 |
| Colleen E. Cushing, Esq., BBO #663498 | Katherine R. Parsons, BBO # 657280 |
| Bowditch & Dewey, LLP. | Crevier & Ryan, LLP |
| 311 Main Street, PO Box 15156 | 1500 Main Street, Suite 2020 |
| Worcester, MA 01608-0156 | Springfield, MA 01115 |
| Tel: 508-926-3404 | Tel: 413-787-2400 |
| Facsimile: 508-929-3004 | Facsimile: 413-781-8235 |
| Email: gbalko@bowditch.com | Email: dcrevier@crevierandryan.com |
|           ccushing@bowditch.com |           kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 30th day of October 2007.

/s/Katherine R. Parsons