AO 187A (REV 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Brennan vs. Life Insurance Company   CASE NO 05-40034

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1-21 | | 10/31/07 | ✓ | ✓ | Stipulated Exhibits |
| 33 | | " | ✓ | ✓ | Severance Plan for non-union mailwell Employees |

Page 1 of ___ Pages