CASE NO: (CIVIL) ~~(CRIMINAL)~~ 05-40034

TITLE: Brennan vs Life Insurance Company

## JURY PANEL

(1. _____   (7. _____
(2. _____   (8. _____
(3. _____   (9. _____
(4. _____   (10. _____
(5. _____   (11. _____
(6. _____   (12. _____

_____Alternate # 1_____   _____Alternate # 2_____

_____Alternate # 3_____   _____Alternate # 4_____

(PLTFF) (GOV'T)    W I T N E S S E S    DEFENDANT

1. Thomas Brennan 10/31/07, 11/1/07    1. _____
2. Gerald Mitchell 10/1/07             2. _____
3. Lucille Brennan 11/1/07             3. _____
4. Richard Lodi 11/2/07                4. _____
5. _____            5. _____
6. _____            6. _____
7. _____            7. _____
8. _____            8. _____
9. _____            9. _____
10. _____            10. _____
11. _____            11. _____
12. _____            12. _____
13. _____            13. _____
14. _____            14. _____