**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
THOMAS D. BRENNAN                   )
                   Plaintiff,       )
                                    )
v.                                  )        Civil Action No. 05-40034-FDS
                                    )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA                    )
                   Defendant.       )
_____)

**JOINT MOTION TO EXTEND TIME TO FILE TRIAL BRIEFS AND
SUPPLEMENTAL FINDINGS OF FACT AND LAW**

Now come the Plaintiff, Thomas D. Brennan ("Plaintiff"), and the Defendant, Life

Insurance Company of North America ("Defendant") ("hereinafter collectively referred to as

"the Parties"), and respectfully request that the Court grant their Joint Motion to Extend the Time

to File Trial Briefs and Supplemental Findings of Fact and Law up to and including December

21, 2007 ("Joint Motion to Extend").

In support of their Joint Motion to Extend, the Parties state that: 1) the current deadline

for supplemental filings is December 3, 2007; 2) the Parties and the Court expected that the

Parties would have approximately one-month from the date they received the trial transcripts to

submit supplemental filings; and 3) the Parties received the transcript for day one of the trial on

November 18, 2007, the transcript for day two of the trial on November 19, 2007, and expect to

receive the transcript for day three of the trial within the next few days. Due to the delay in the

receipt of the transcripts, the Parties respectfully request that this Court extend the time to file

trial briefs and supplemental findings of fact and law up to and including December 21, 2007.

Respectfully Submitted,

PLAINTIFF THOMAS D. BRENNAN

DEFENDANT LIFE INSURANCE
COMPANY OF NORTH AMERICA

By his Attorney:

By its Attorney:

/s/George A. Balko, III

George A. Balko, III, Esq.
Bowditch & Dewey, LLP.
311 Main Street, PO Box 15156
Worcester, MA 01608-0156
Tel:  508-926-3404
Facsimile:  508-929-3004
Email:  gbalko@bowditch.com

/s/Katherine R. Parsons

David B. Crevier, BBO# 5557242
Katherine R. Parsons, BBO # 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com
          kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 20th day of November, 2007.

/s/Katherine R. Parsons