**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

THOMAS D. BRENNAN       )
               Plaintiff,    )
                       )
v.                     )          Civil Action No. 05-40034-FDS
                       )
LIFE INSURANCE COMPANY    )
OF NORTH AMERICA        )
              Defendant.   )

_____)

## BILL OF COSTS

Pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d)(1), Defendant,

Life Insurance Company of North America submits the following itemized costs, and requests

that costs in the amount of $7,016.65 be taxed against Plaintiff, Thomas Brennan.  Supporting

documentation is attached to the Affidavit regarding costs attached as Exhibit A.

**I.**     **Fees for Service of Summons and Subpoenas and Associated Witness Fees**

Authority: 28 U.S.C. §§ 1920(1), 1920(3) permitting taxation of costs for "[f]ees of the

clerk and marshall" and "[f]ees and disbursements for printing and witnesses."

| | | |
|---|---|---|
| 1. | Service of deposition subpoena on Mark L. Zoeller (Exhibit 1). | $47.00 |
| 2. | Service of deposition subpoena and witness fee on Dr. Narendrakumar Sodha (Exhibit 2). | $76.46 |
| 3. | Service of 30(b)(6) deposition subpoena on Mail-Well Corporation (Exhibit 3). | $55.00 |
| 4. | Service of deposition and document subpoena on Gerald Mitchell (Exhibit 4). | $148.50 |
| 5. | Service of trial subpoena and witness fee on Deborah Martin (Exhibit 5). | $108.15 |
| 6. | Service of document subpoena and witness fee for the medical records of Dr. Narendrakumar Sodha (Exhibit 6). | $76.46 |
| 7. | Service of document subpoena for the medical records of Dr. Kenneth Harling (Exhibit 7). | $45.00 |

II.    **Cost of Deposition Transcripts**

<u>Authority</u>: 28 U.S.C. § 1920(2) (permitting taxation of costs for "[f]ees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case")

1.    Transcript of February 17, 2006 deposition of Gerald Mitchell (Exhibit 8).        $401.50

2.    Transcript of September 8, 2006 deposition of Gerald Mitchell (Exhibit 9).        $257.20

3.    Transcript of March 7, 2006 deposition of Mail-Well (Exhibit 10).        $122.75

4.    Transcript of May 10, 2006 deposition of Mail-Well (Exhibit 11).        $760.95

5.    Transcript of deposition of Lori Hilgers (Exhibit 12).        $225.00

6.    Transcript of deposition of Thomas Brennan (Exhibit 13).        $606.25

7.    Transcript of deposition of Julie Knabenshue (Exhibit 14).        $173.03

8.    Transcript of deposition of Dr. Narendrakumar Sodha (Exhibit 15).        $304.15

9.    Transcript of deposition of Robert E. Longden (Exhibit 16).        $339.75

10.    Transcript of deposition of Mark Zoeller (Exhibit 17).        $344.69

11.    Transcript of deposition of Richard Lodi (Exhibit 18).        $150.00

12.    Transcript of deposition of Deborah Martin (Exhibit 19).        $163.60

III.    **Cost of Court Transcripts**

<u>Authority</u>:  28 U.S.C. § 1920(2) (permitting taxation of costs for "[f]ees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case")

1.    Transcript of Hearing Before Magistrate Judge Hillman on March 26, 2007
regarding a discovery dispute between the parties (Exhibit 20).        $237.60

2.    Excerpt of Transcript from Trial Day 1 regarding an assertion by Plaintiff's counsel
that Defendant's counsel waived an issue in opening arguments (Exhibit 21).        $33.00

3.    Transcript from Trial Days 1, 2 and 3 (Exhibit 22).        $749.34

**III.    Costs of Obtaining Copies of Records**

Authority:  28 U.S.C. § 1920(4) (permitting taxation of costs for "[f]ees for

exemplification and copies of papers necessarily obtained for use in the case")

1.    Copies of Plaintiff's medical records from Dr. Narendrakumar Sodha (Exhibit 23).   $71.17

**IV.    Costs of Photocopying**

Authority:  28 U.S.C. § 1920(4) (permitting taxation of costs for "[f]ees for

exemplification and copies of papers necessarily obtained for use in the case")

1.    Copy services rendered by The Maverick Group, Inc. on February 22, 2006
       (Exhibit 24).                                                                                                    $353.01

2.    Copy services rendered by The Maverick Group, Inc. on March 9, 2006
       (Exhibit 25).                                                                                                    $511.79

3.    Internal Copying Costs for documents related to trial, see Affidavit at ¶ 29.     $655.30

Respectfully Submitted,

Defendant, Life Insurance Company of
North America,

By its Attorneys:

CREVIER & RYAN, LLP.

/s/Katherine R. Parsons
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel:  413-787-2400
Facsimile:  413-781-8235
Email: dcrevier@crevierandryan.com
          kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of February, 2008.

/s/Katherine R. Parsons

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS D. BRENNAN | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-40034-FDS |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF KATHERINE R. PARSONS IN SUPPORT OF BILL OF COSTS

I, Katherine R. Parsons, hereby state and depose as follows:

1. I am an attorney for the Defendant in this action.

2. All averments made herein are based on my personal knowledge.

3. All of the costs identified in the Bill of Costs are correct and were necessarily incurred in this action and the services for which fees have been charged were actually and necessarily performed.

4. Attached as Exhibit 1 is a true and accurate copy of charges for the service of the deposition subpoena on Mark L. Zoeller.

5. Attached as Exhibit 2 is a true and accurate copy of charges for the service of the deposition subpoena and witness fee for Dr. Narendrakumar Sodha.

6. Attached as Exhibit 3 is a true and accurate copy of charges for the service of 30(b)(6) deposition subpoena on Mail-Well Corporation.

7. Attached as Exhibit 4 is a true and accurate copy of the enclosure letter and check sent to the vendor to pay for the service of the deposition and document subpoena on Gerald Mitchell.

1

8.    Attached as Exhibit 5 is a true and accurate copy of charges for the service of the trial subpoena and witness fee for Deborah Martin.

9.    Attached as Exhibit 6 is a true and accurate copy of charges for the service of the document subpoena and witness fee for the medical records of Dr. Narendrakumar Sodha.

10.    Attached as Exhibit 7 is a true and accurate copy of charges for the service of the document subpoena for the medical records of Dr. Kenneth Harling.

11.    Attached as Exhibit 8 is a true and accurate copy of the charges for the transcript of the February 17, 2006 deposition of Gerald Mitchell.

12.    Attached as Exhibit 9 is a true and accurate copy of the charges for the transcript of the September 8, 2006 deposition of Gerald Mitchell.

13.    Attached as Exhibit 10 is a true and accurate copy of the charges for the transcript of the March 7, 2006 deposition of Mail-Well.

14.    Attached as Exhibit 11 is a true and accurate copy of the charges for the transcript of the May 10, 2006 deposition of Mail-Well.

15.    Attached as Exhibit 12 is a true and accurate copy of the charges for the transcript of the deposition of Lori Hilgers.

16.    Attached as Exhibit 13 is a true and accurate copy of the charges for the transcript of the deposition of Thomas Brennan.

17.    Attached as Exhibit 14 is a true and accurate copy of the charges for the transcript of the deposition of Julie Knabenshue.

18.    Attached as Exhibit 15 is a true and accurate copy of the charges for the transcript of the deposition of Dr. Narendrakumar Sodha.

19. Attached as Exhibit 16 is a true and accurate copy of the charges for the transcript of the deposition of Robert E. Longden.

20. Attached as Exhibit 17 is a true and accurate copy of the charges for the transcript of the deposition of Mark Zoeller.

21. Attached as Exhibit 18 is a true and accurate copy of the charges for the transcript of the deposition of Richard Lodi.

22. Attached as Exhibit 19 is a true and accurate copy of a redacted bill reflecting the charges for the transcript of the deposition of Deborah Martin.

23. Attached as Exhibit 20 is a true and accurate copy of the charges for the transcript of the hearing before Magistrate Judge Hillman on March 26, 2007 regarding a discovery dispute between the parties.

24. Attached as Exhibit 21 is a true and accurate copy of the charges for the excerpt of the transcript from Trial Day 1 obtained to rebut an assertion by Plaintiff's counsel that Defendant's counsel waived an issue in opening argument.

25. Attached as Exhibit 22 is a true and accurate copy of the charges for the transcript from Trial Days 1, 2 and 3.

26. Attached as Exhibit 23 is a true and accurate copy of the charges for the copies of Plaintiff's medical records from Dr. Narendrakumar Sodha.

27. Attached as Exhibit 24 is a true and accurate copy of the charges for the copy services rendered by The Maverick Group, Inc. on February 22, 2006.

28. Attached as Exhibit 25 is a true and accurate copy of the charges for the copy services rendered by The Maverick Group, Inc. on March 9, 2006.

29.    Crevier & Ryan, LLP made copies of trial exhibits and deposition transcripts internally in

preparation for and use at trial.  Crevier & Ryan, LLP charged a flat fee of $0.10 per page.

Crevier & Ryan's internal records indicate that 6,553 copies were made that were

reasonably necessary for use in this case and specifically used in preparation for and at trial.

At $0.10 per copy, this equals $655.30.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 27th

day of February, 2008.


Katherine R. Parsons

# EXHIBIT 1

```
                    ARAPAHOE COUNTY SHERIFF'S OFFICE
                       13101 E. BRONCOS PARKWAY
                       CENTENNIAL, COLORADO 80112
```

| CIVIL PAPER # | TYPE | SERVICE NAME | AMOUNT |
|---|---|---|---|
| 2007-00001482 | SUBPOENA | MARK L ZOELLER | 47.00 |

```
                                                      ===============
                                          TOTAL PAID . . :      47.00
CHECK :        47.00     CHECK#:   0002830  AMOUNT TENDERED:      47.00
                                          CHANGE/REFUND  :        .00


RECEIVED FROM:   CREVIER & RYAN LLP            STILL OWES . . :        .00

                 1500 MAIN ST #2020
                 SPRINGFIELD           MA   01115

        To report a crime: 303-795-4711
```

# EXHIBIT 2



# WORCESTER COUNTY SHERIFF'S OFFICE

PROCESS OFFICE
204 Main Street
Worcester, Massachusetts 01608

**Guy W. Glodis**
Sheriff

**Jeffrey R. Turco, Esq.**
Deputy Superintendent

**George R. Valery**
Chief Deputy Sheriff

(508) 752-1100     Fax: (508) 752-3588
1-800-842-0083
E-mail: info@worcestercountysheriff.com

## Invoice For Service: Deposition Subpoena

CREVIER & RYAN, LLP
ATTN: JENNIFER GONEALVES
ATTORNEYS AT LAW
1500 MAIN STREET, SUITE 2
SPRINGFIELD, MA 01115-5532

413-787-2400

Please remit to:
**P.O. Box 1066**
**Worcester, MA 01613-1066**
`Amount Due: 76.46`
`Invoice Number: 06WOR-12791-CP`
`Invoice Date: 05/19/2006`

## RETURN UPPER PORTION OF INVOICE WITH PAYMENT WITHIN 30 DAYS!!!!!!
### THOMAS D. BRENNAN  vs  LIFE INSURANCE COMPANY OF NORTH AMERICA
### Docket Number: 05-40034-FDS

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| SODHA, NAREMDRAKUMAR | 05/18/2006 | 11:14am | Deputy Sheriff  Ahearn |
| In Hand | | | |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 30.00 | 30.00 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| Attest | 1 | 5.00 | 5.00 |
| Postage and Handling | 1 | 1.00 | 1.00 |
| Witness Fee | 1 | 16.00 | 16.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| Mileage & Return Travel | | | 24.46 |
| Total Cost | | | 76.46 |
| Payments Made On This Invoice | | | 0.00 |
| Grand Total For Invoice #: 06WOR-12791-CP  Invoiced: 05/19/2006 | | | 76.46 |

## WORCESTER COUNTY SHERIFF'S OFFICE • PROCESS OFFICE • (508) 752-1100

Ashburnham • Athol • Auburn • Baldwinville • Barre • Berlin • Blackstone • Bolton • Boylston • Brookfield • Charlton • Charlton City • Cherry Valley • Clinton • Douglas • Dudley • East Brookfield • East Douglas • Fiskdale • Fitchburg • Gardner • Gilbertville • Grafton • Hardwick • Harvard • Holden • Hopedale • Hubbardston • Jefferson • Lancaster • Leicester • Leominster • Linwood • Lunenburg • Manchaug • Mendon • Milford • Millbury • Millville • Morningdale • New Braintree • Northboro • Northbridge • North Brookfield • North Grafton • North Oxford • North Uxbridge • Oakdale • Oxford • Otter River • Oxford • Paxton • Petersham • Philipston • Princeton • Rochdale • Royalston • Rutland • Shrewsbury • Southborough • Southbridge • Spencer • Sterling • Sturbridge • Sutton • Templeton • Upton • Uxbridge • Warren • Waterville • Webster • Westboro • West Boylston • West Brookfield • Westminster • West Warren • Whalom • Wheelwright • Whitinsville • Wilkinsonville • Winchendon • Worcester

# EXHIBIT 3



# *CONSTABLE WILLIAM DONIGER*

CONSTABLES * SPECIAL PROCESS SERVERS * NOTARY PUBLIC

P.O. BOX320078

WEST ROXBURY, MA 02132
617-327-0001
FAX 617-327-6539

CREVIER & RYAN, LLP

1500 MAIN STREET, SUITE 2020

SPRINGFIELD, MA 01115-5727

2/8/06

11/18/05  SUBPOENA
MAIL-WELL CORP n/k/a CENVEO CORP
% CORPORATION SERVICE COMPANY
84 STATE STREET
BOSTON, MA 02109                                     $55.00

INVOICE TOTAL   (includes municipal relief fee)                $55.00

DUE AND PAYABLE UPON RECEIPT

# EXHIBIT 4

# CREVIER & RYAN, LLP

### ATTORNEYS AT LAW

TOWER SQUARE
1500 MAIN STREET, SUITE 2020
SPRINGFIELD, MASSACHUSETTS 01115-5727

TELEPHONE (413) 787-2400

FAX (413) 781-8235

**David B. Crevier** *
**Michael P. Ryan**
**Timothy J. Ryan**
**Katherine R. Parsons** ♦◊

\* Also admitted in NY
♦ Also admitted in RI
◊ Also admitted in CT

February 2, 2006

Kevin R. Leary
395 Washington Street, Suite #4
P.O. Box 615
Dedham, MA  02027-0615

Re:    <u>Thomas D. Brennan v. Life Insurance Company of North America</u>
<u>U.S. District Court Civil Action No. 05-40034-FDS</u>

Dear Constable Leary:

Per your request, enclosed please find a check in the amount of $148.50 made payable to Leary & Associates for the service of the Deposition Subpoena: Duces Tecum for Mr. Gerald P. Mitchell.

Thank you for your attention to this matter.

Sincerely,

Jennifer Goncalves
Legal Assistant

Enclosure



# EXHIBIT 5

**Payment Due Upon Receipt**

Writ: Witness Subpoena, Letter

Please send a copy of this invoice with your remittance

Thomas D. Brennan

vs.

Life Insurance Company of North America

Invoice #:        07023450
Invoice Date:    10/15/2007

Serve:   Deborah Martin

Served by Deputy Sheriff:   Brian Sweeney 20
Service Date:  10/12/2007   Time:   1:08PM
Method of Service:  Last and Usual Place of Abode



| Charge | Amount |
|---|---|
| Witness Fee | 52.00 |
| Basic Service Fee | 20.00 |
| Attest Fee | 10.00 |
| Postage and Handling | 3.25 |
| Copies | 4.00 |
| Conveyance | 4.50 |
| Travel | 14.40 |
| **Total Charges** | **108.15** |

| Payment Date | Check Number | Amount |
|---|---|---|

**Payment Total**

Amount Due:    $ 108.15

**BRISTOL COUNTY SHERIFFS' OFFICE • PROCESS OFFICE • (508) 992-6631**

Acushnet    •    Attleboro    •    Berkley    •    Dartmouth    •    Dighton    •    Easton    •    Fairhaven    •    Fall    River    •    Freetown    •    Mansfield
New    Bedford    •    North    Attleboro    •    Norton    •    Raynham    •    Rehoboth    •    Seekonk    •    Somerset    •    Swansea    •    Taunton    •    Westport

# EXHIBIT 6

## RETURN UPPER PORTION OF INVOICE WITH PAYMENT WITHIN 30 DAYS!!!!!!

### THOMAS D. BRENNAN  vs  LIFE INSURANCE COMPANY OF NORTH AMERICA
Docket Number: 05-40034-FDS

| PERSON(S) SERVED & METHOD | DATE | TIME | SERVED BY |
|---|---|---|---|
| KEEPER OF THE RECORDS FOR NARENDRAKUMAR SODHA | 01/30/2006 | 04:22pm | Deputy Sheriff  Trottier |
| In Hand | | | |

| SERVICE FEES | QTY | PRICE | TOTAL |
|---|---|---|---|
| Non Est Fee | 0 | 0.00 | 0.00 |
| Service Fee | 1 | 30.00 | 30.00 |
| **MISC FEES** | **QTY** | **PRICE** | **TOTAL** |
| Attest | 1 | 5.00 | 5.00 |
| Postage and Handling | 1 | 1.00 | 1.00 |
| Witness Fee | 1 | 16.00 | 16.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| Mileage & Return Travel | | | 24.46 |
| Total Cost | | | 76.46 |
| Payments Made On This Invoice | | | 0.00 |
| Grand Total For Invoice #: 06WOR-2431-CP  Invoiced: 01/31/2006 | | | 76.46 |

### WORCESTER COUNTY SHERIFF'S OFFICE • PROCESS OFFICE • (508) 752-1100

Ashburnham • Athol • Auburn • Baldwinville • Barre • Berlin • Blackstone • Bolton • Boylston • Brookfield • Charlton • Charlton City • Cherry Valley • Clinton • Douglas • Dudley • East Brookfield • East Douglas • Fiskdale • Fitchburg • Gardner • Gilbertville • Grafton • Hardwick • Harvard • Holden • Hopedale • Hubbardston • Jefferson • Lancaster • Leicester • Leominster • Linwood • Lunenburg • Manchaug • Mendon • Milford • Millbury • Millville • Morningdale • New Braintree • Northboro • Northbridge • North Brookfield • North Grafton • North Oxford • North Uxbridge • Oakdale • Oakham • Otter River • Oxford • Paxton • Petersham • Phillipston • Princeton • Rochdale • Royalston • Rutland • Shrewsbury • Southborough • Southbridge • Spencer • Sterling • Sturbridge • Sutton • Templeton • Upton • Uxbridge • Warren • Waterville • Webster • Westboro • West Boylston • West Brookfield • Westminster • West Warren • Whalom • Wheelwright • Whitinsville • Wilkonsonville • Winchendon • Worcester

# EXHIBIT 7

**George & Associates**
**340 Main Street**
**Worcester,  Ma  01608**
**Office Tel: (508) 755-1129**
**Fax: (508) 755-4447**
**Tax I.D.: 049600552**

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/15/06 | 25296 |

| BILL TO |
|---|
| Crevier & Ryan, LLP |
| Katherine R. Parsons, Esquire |
| 1500 Main St., Suite 2020 |
| Springfield, MA 01115 |

| CASE NAME |
|---|
| Thomas D. Brennan |
| vs |
| Life Insurance Co. of North America |

| ITEM | DESCRIPTION | QTY. | RATE | AMOUNT |
|---|---|---|---|---|
| Federal Subpoena | Kenneth Harling, DC/ KOR<br>124 Russell St., Worcester | 1 | 45.00 | 45.00 |

| | Total | 45.00 |
|---|---|---|

# EXHIBIT 8

# PHILBIN & ASSOCIATES, INC.
**959 MAIN STREET**
**SPRINGFIELD, MA  01103**
**Phone #: (413)733-4078  Fax #: (413)734-4588**

To:

Employer I.D. No. 04-2316011

ATTY. DAVID B. CREVIER
CREVIER & RYAN, LLP
1500 MAIN STREET
SPRINGFIELD, MA  01115

| Statement Date: |
|---|
| 3/03/2006 |
| Invoice No. |
| 18,054 |

PLEASE REFERNCE THIS
INVOICE NUMBER WHEN
REMITING

RE:  BRENNAN VS. LIFE INS. OF N. AMERICA

Deposed:  GERALD P. MITCHELL

Cause No.:  05-40034-FDS

Deposition Date:  2/17/2006

Reporter:  LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OT1 | ORIGINAL TRANSCRIPT | 122 | 3.25 | 396.50 |
| HC | HANDLING CHARGE | 1 | 5.00 | 5.00 |

**TERMS:**

**PAYABLE UPON RECEIPT.  NONTRANSFERABLE**

**Total:**  **401.50**

To insure proper credit, please enclose a
copy of this invoice with payment.

**TOTAL BALANCE DUE:**  **401.50**

# EXHIBIT 9



## BAY STATE REPORTING AGENCY

76 Mill Street        Worcester, MA    01603-2026
Phone 508 753-4121    Fax 508 987-9752

Fed. I.D. No. 04-2890138

I N V O I C E

September 19, 2006
Invoice No. KB 1504 B

CREVIER & RYAN
ATTN:   KATHERINE R. PARSONS, ESQ.
Tower Square
1500 Main Street
Suite 2020
Springfield, MA    01115

P A S T   D U E

PLEASE  REMIT

Date Taken:   September 8, 2006

Re:   THOMAS D. BRENNAN v. LIFE INSURANCE COMPANY OF
NORTH AMERICA

DEPOSITION OF:   GERALD MITCHELL   (Vol. 2)

97 pgs. @ $2.60 pp .......... $ 252.20

Postage & Handling......    $    5.00

MINI/WORD INDEX  ......           N/C

Total  .......    $    257.20

Reporter:   Kathleen M. Bradley, RPR

PLEASE RETURN COPY WITH REMITTANCE- THANK YOU

# EXHIBIT 10





## AB Business & Legal Services

### Agren • Blando Court Reporting & Video, Inc.

216 - 16th Street, Suite 650 • Denver, Colorado 80202 • 303-296-0017 • Fax: 303-296-0203 • 1-800-739-4846
www.abbls.com

**Invoice No. 031506-003**     **Terms: COD**     Invoice Date: 03/15/2006
Tax ID: 84-1334569

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KATHERINE R PARSONS, ESQ | Client: KATHERINE R PARSONS, ESQ |
| Firm Name: CREVIER & RYAN LLP | Firm Name: CREVIER & RYAN LLP |
| Address1: 1500 MAIN ST | Address1: 1500 MAIN ST |
| Address2: STE 2020 | Address2: STE 2020 |
| City: SPRINGFIELD State: MA Zip: 01115-5727 | City: SPRINGFIELD State: MA Zip: 01115-5727 |

Deponent: 30 (B)(6) REPRESENTATIVE    Volume: I    Date Taken: 03/07/2006
Case: BRENNAN VS. LIFE INSURANCE COMPANY OF NORTH AMERICA

| | |
|---|---|
| **TOTAL** | $122.75 |
| **(Paid)** | |
| **BALANCE** | $122.75 |

**Agren Blando Court Reporting & Video, Inc., Inc. is unable to process this order until this invoice is paid in full.
We apologize for any inconvenience this may cause.**

**Please remember to include your remittance copy with payment.  Interest is applied to open balances beyond 30 days at
the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

## Method of Payment:
☐ Check Enclosed

☐ Charge my credit card:    ☐ VISA    ☐ MasterCard

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Credit Card #                                         Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Court Reporting • Videography • Digital Reporting • Transcription • Scanning • Copying

# EXHIBIT 11

# PHILBIN & ASSOCIATES, INC.
*959 MAIN STREET*
*SPRINGFIELD, MA  01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

Employer I.D. No. 04-2316011

To:

ATTY. DAVID B. CREVIER
CREVIER & RYAN, LLP
1500 MAIN STREET
SPRINGFIELD, MA  01115

| Statement Date: |
| --- |
| 5/25/2006 |

| Invoice No. |
| --- |
| 18,697 |

PLEASE REFERNCE THIS
INVOICE NUMBER WHEN
REMITTING

RE:  BRENNAN VS. LIFE INS. OF N. AMERICA

Deposed:  **MARY STOIK DYMOND  [3] VOLUMES**          Cause No.:  05-40034-FDS

Deposition Date:  5/10/2006                    Reporter:  LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| OT1 | ORIGINAL TRANSCRIPT-[1] | 115 | 3.25 | 373.75 |
| TC | COPY OF TRANSCRIPTS-[2] | 156 | 2.45 | 382.20 |
| HC | HANDLING CHARGE | 1 | 5.00 | 5.00 |

**TERMS:**

**PAYABLE UPON RECEIPT.  NONTRANSFERABLE**

**Total:**          **760.95**

To insure proper credit, please enclose a
copy of this invoice with payment.

| TOTAL BALANCE DUE: | 760.95 |
| --- | --- |

# EXHIBIT 12





## AB Business & Legal Services

### Agren • Blando Court Reporting & Video, Inc.

216 - 16th Street, Suite 650 • Denver, Colorado 80202 • 303-296-0017 • Fax: 303-296-0203 • 1-800-739-4846
www.abbls.com

**Invoice No. 031506-006**      **Terms:  COD**      Invoice Date: 03/15/2006
Tax ID: 84-1334569

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KATHERINE R PARSONS, ESQ | Client: KATHERINE R PARSONS, ESQ |
| Firm Name: CREVIER & RYAN LLP | Firm Name: CREVIER & RYAN LLP |
| Address1: 1500 MAIN ST | Address1: 1500 MAIN ST |
| Address2: STE 2020 | Address2: STE 2020 |
| City: SPRINGFIELD State: MA Zip: 01115-5727 | City: SPRINGFIELD State: MA Zip: 01115-5727 |

Deponent:  LORI HILGERS    Volume: I    Date Taken: 03/07/2006
Case:  BRENNAN VS. LIFE INSURANCE COMPANY OF NORTH AMERICA

| | |
|---|---|
| **TOTAL** | $225.00 |
| **(Paid)** | |
| **BALANCE** | $225.00 |

**Agren Blando Court Reporting & Video, Inc., Inc. is unable to process this order until this invoice is paid in full. We apologize for any inconvenience this may cause.**

Please remember to include your remittance copy with payment.  Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.

**Thank you for allowing us to service your litigation needs.**

Special Notes:

---

## Method of Payment:

☐ Check Enclosed

☐ Charge my credit card:    ☐ VISA   ☐ MasterCard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

| | | | | | | | | | | | | | | | | | | |

Credit Card #                                      Exp. Date

Daytime Phone

# EXHIBIT 13

**PHILBIN & ASSOCIATES, INC.**
*959 MAIN STREET*
*SPRINGFIELD, MA  01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

To:

Employer I.D. No. 04-2316011

ATTY. DAVID B. CREVIER
CREVIER & RYAN, LLP
1500 MAIN STREET
SPRINGFIELD, MA  01115

| Statement Date: |
| --- |
| 5/05/2006 |

| Invoice No.: |
| --- |
| 18,560 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE:  BRENNAN VS. LIFE INS. OF N. AMERICA

Deposed:  **THOMAS D. BRENNAN**

Deposition Date:  **4/21/2006**

Cause No.:  **05-40034-FDS**

Reporter:  **LEIGH GERSHOWITZ**

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| otl | ORIGINAL TRANSCRIPT | 185 | 3.25 | 601.25 |
| HC | HANDLING CHARGE | 1 | 5.00 | 5.00 |

**TERMS:**

**PAYABLE UPON RECEIPT.  NONTRANSFERABLE**

|  | **Total:** | 606.25 |
| --- | --- | --- |

To insure proper credit, please enclose a
copy of this invoice with payment.

| TOTAL BALANCE DUE: | 606.25 |
| --- | --- |

# EXHIBIT 14

## Patterson Reporting & Video Service, Inc.
2170 South Parker Road, Suite 263
Denver, Colorado 80231
Phone #: (303)696-7680  Fax #: (303)696-7675

Employer I.D. No. 84-0979302

| Invoice Date: |
| --- |
| 5/26/2006 |
| Invoice No. |
| 3,045 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

KATHERINE PARSONS

CREVIER & RYAN, LLP

1500 MAIN STREET, SUITE 2020

SPRINGFIELD, MASSACHUSETTS 01115



RE: Brennan v. Life Insurance Company of North America

Deposition Date:  3/06/2006      Case No.  05-40034-FDS      County:

Taken By:  Andrea Fine                          CSR# 43

| Description | Charges |
| --- | --- |
| One copy – JULIE  KNABENSHUE | 116.00 |
| Exhibits – 1-4 | 2.43 |
| Process / Handling | 25.00 |
| UPS | 29.60 |

**P A I D**
5/26/06 CR
mc

| TERMS: NET 30 DAYS<br>To ensure proper credit, please enclose a copy of this invoice with payment.<br>Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days. | **Total:** | 173.03 |
| --- | --- | --- |

|  | TOTAL BALANCE DUE: | 173.03 |
| --- | --- | --- |

# EXHIBIT 15





| | |
|---|---|
| Springfield, MA (413) 746-8100 | Phone: 888.228.8646 |
| Worcester, MA (508) 752-0640 | Fax: 877.747.4260 |
| Lawrence, MA (978) 682-2116 | Email: courtreporting@catuogno.cc |
| Boston, MA (617) 723-0640 | On the Web: www.catuogno.cc |
| Providence, RI (401) 751-0640 | www.sten-tel.com |
| Pittsfield, MA (413) 443-7263 | |
| Hartford, CT (860) 525-3097 | |
| Transcription (800) 547-7844 | |

**One Monarch Place, Suite 600, Springfield, MA 01144-0600**

CREVIER & RYAN, LLP

DAVID CREVIER, ESQ.

1500 MAIN STREET; STE 2200

SPRINGFIELD, MA 01115-5532

Employer I.D. No.04-260-4388

| Statement Date: | Invoice No. |
|---|---|
| 6/30/2006 | 48339 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

**BRENNAN VS LIFE INS OF NORTH AMERICA   Cause No. : 0540034FDS**

Claim No. :

Activity Date: 6/19/2006          RE : SODHA, M.D.          Job No. : 16429-1

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OOT | Original (technical/medical) | 77.00 | 3.75 | 288.75 |
| LS | Litigation support (mini w/index) | 77.00 | 0.20 | 15.40 |

**Thank You For Your Business**

**NET TERMS -- 30 DAYS**

1.5% Monthly fee on balance over 30 days.

| TOTAL BALANCE DUE: | 304.15 |
|---|---|

# EXHIBIT 16

# PHILBIN & ASSOCIATES, INC.

*959 MAIN STREET*
*SPRINGFIELD, MA  01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

To:

ATTY. DAVID B. CREVIER
CREVIER & RYAN, LLP
1500 MAIN STREET
SPRINGFIELD, MA  01115

Employer I.D. No. 04-2316011

| Statement Date: |
| --- |
| 2/07/2007 |

| Invoice No. |
| --- |
| 20,388 |

PLEASE REFERNCE THIS
INVOICE NUMBER WHEN
REMITTING

RE:  BRENNAN VS. LIFE INS. OF N. AMERICA

Deposed:  ROBERT E. LONGDEN, ESQ.            Cause No.:  05-40034-FDS

Deposition Date:  1/24/2007                           Reporter:  LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| OT1 | ORIGINAL TRANSCRIPT | 103 | 3.25 | 334.75 |
| HC | HANDLING CHARGE | 1 | 5.00 | 5.00 |

TERMS:

PAYABLE UPON RECEIPT.  NONTRANSFERABLE

**Total:**            339.75

To insure proper credit, please enclose a
copy of this invoice with payment.

TOTAL BALANCE
DUE:            339.75

# EXHIBIT 17



## *Agren • Blando Court Reporting & Video, Inc.*

216 - 16th Street, Suite 650 • Denver, Colorado 80202 • 303-296-0017 • Fax: 303-296-0203 • 1-800-739-4846
www.agren.com

| Invoice No.  030607-023 | Terms:  COD | Invoice Date: 03/06/2007 |
|---|---|---|
| | | Tax ID: 84-1334569 |

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: DAVID B CREVIER ESQ | Client: DAVID B CREVIER ESQ |
| Firm Name: CREVIER & RYAN LLP | Firm Name: CREVIER & RYAN LLP |
| Address1: 1500 MAIN ST | Address1: 1500 MAIN ST |
| Address2: STE 2020 | Address2: STE 2020 |
| City: SPRINGFIELD State: MA Zip: 01115-5727 | City: SPRINGFIELD State: MA Zip: 01115-5727 |

Deponent: MARK L ZOELLER    Volume: I    Date Taken: 02/26/2007

Case:  BRENNAN VS. LIFE INSURANCE COMPANY OF NORTH AMERICA

| ITEM | DESCRIPTION | QNTY. | RATE | AMOUNT |
|---|---|---|---|---|
| AppFeeS | Appearance Fee - Standard | 2 | $25.00 | $50.00 |
| StdOrgMS1 | Standard Original (1 Sided Miniscript) - (Normal Delivery) | 59 | $3.95 | $233.05 |
| LSKeyword | Litigation Support - Keyword Index | 1 | $15.00 | $15.00 |
| Exhibit | Exhibit Copy | 66 | $0.25 | $16.50 |
| DelPostal | Delivery (Postal): Date Copy to Deponent BHJ | 1 | $5.50 | $5.50 |
| DelFedEx | Delivery (FedEx): Date: 03/06/07 BHJ  TN: 7901 9520 0039 | 1 | $24.64 | $24.64 |
| | | | **TOTAL** | $344.69 |
| | | | **(Paid)** | 200 |
| | | | | 144.69 |
| | | | **BALANCE** | $0.00 |

**Agren Blando Court Reporting & Video, Inc., Inc. is unable to process this order until this invoice is paid in full.
We apologize for any inconvenience this may cause.**

**Please remember to include your remittance copy with payment.  Interest is applied to open balances beyond 30 days at
the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

# Method of Payment:

☐ Check Enclosed

☐ Charge my credit card:  ☐ VISA   ☐ Mastercard  ☐ AMEX

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    ☐☐ ☐☐

Credit card #                                                         Exp Date

_____
Signature (as it appears on your card)

_____
Printed name (as it appears on your card)

_____
Daytime phone

Court Reporting • Videography • Digital Reporting • Transcription • Copying • Scanning

# EXHIBIT 18

**BAY STATE REPORTING AGENCY**

76 Mill Street, Worcester, MA  01603-2026
Phone 508 753-4121        Fax 508 987-9752

Fed. I.D. No. 04-2890138

---

I N V O I C E

---

August 24, 2007

Invoice No. NA2339B

Crevier & Ryan, LLP
Attn:  Katherine R. Parsons, Esquire
1500 Main Street
Springfield, Massachusetts  01115

Re:  Thomas D. Brennan vs. Life Insurance Company of
North America -- deposition of Richard M. Lodi
taken on August 9, 2007

55 pgs. @ $2.60 pp (cc). . . . . . . . . . . . . 143.00

Postage & handling. . . . . . . . . . . . . . .   7.00

Mini transcript/Word index. . . . . . . . . . .   N/C

Total. . . . . . . . $150.00

Reporter:   Nancie Anzivino, CSR

PLEASE RETURN COPY WITH REMITTANCE-- THANK YOU

# EXHIBIT 19

# Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA  01115-5727

Telephone: (413) 787-2400            Tax Identification Number: ██████████

Fax Number: (413) 781-8235

██████████████████████
Life Insurance Company of North
America
██████████████████████
██████████████████████


April 03, 2007

In Reference To:   Thomas D. Brennan
                   Client Matter Id: 200500994

Our File Number:   0317.029

Invoice Number:    2239

---

### Bill for Legal Fees and Expenses

| | |
|---|---|
| Total Charges This Period | ██████████ |
| Previous Balance | ██████████ |
| Payments - Thank You | ██████████ |
| Total Currently Due | ██████████ |

Total Billed to Date:   ██████████

Re:    Thomas D. Brennan
       Client Matter Id: 200500994

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|

# REDACTED

Re:    Thomas D. Brennan
       Client Matter Id: 200500994

|  | **Hours** | **Amount** |
|---|---|---|
| **For professional services rendered** | ▬▬ | ▬▬▬▬ |

Additional Charges :

|  |  | **Qty/Price** | |
|---|---|---|---|
| 3/5/2007 | Copying cost - Motion for a Protective Order | ▬▬ | ▬▬▬ |
| 3/22/2007 | Transcript cost for Deposition of Deb Martin | 1 163.60 | 163.60 |
| 3/27/2007 | Travel expenses for trip to/from U.S. District Court in Worcester, MA | 1 ▬▬ | ▬▬ |

| | |
|---|---|
| **Total additional charges** | ▬▬ |
| **Total amount of this bill** | ▬▬▬ |
| **Previous balance** | ▬▬▬ |
| Accounts receivable transactions | |
| 3/21/2007   Payment - Thank You. Check No. 5875848 | ▬▬▬ |
| 3/21/2007   Credit | (▬▬ |
| **Total payments and adjustments** | (▬▬▬ |
| Balance due | $▬▬ |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David B. Crevier | ▬▬ | ▬▬ | ▬▬ |
| Katherine R. Parsons | ▬▬ | ▬▬ | ▬▬ |

# EXHIBIT 20

# SERVICE INVOICE

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

Phone: (508) 384-2003
Fax: (508) 384-2003

| SERVICE FOR: | INVOICE NO. | 07-198 |
|---|---|---|
| Transcript of:  Motion Hearing | | |
| Before:  Honorable Timothy S. Hillman | DATE TRANSCRIPT COMPLETED | November 6, 2007 |
| U. S. Magistrate Judge | | |
| Thomas Brennan v. Life Insurance Co. of North America | INVOICE DATE | November 6, 2007 |
| Civil Action No. 05-40034-FDS | | |

BILL TO:
Katherine R. Parsons, Esquire
Crevier & Ryan, LLP
1500 Main Street, Ste. 2020
Springfield, MA  01115-5532

kparsons@crevierandryan.com

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | RATE | TOTAL |
|---|---|---|---|---|
| 3-26-07 | Motion Hearing | 72 | $3.30 | $237.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL AMOUNT DUE: | | $237.60 |

**Make checks payable to:**
**Maryann V. Young**

# PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT
## PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE

### - THANK YOU-

# EXHIBIT 21

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO: 00000288

## MAKE CHECKS PAYABLE TO:

David B. Crevier, Esquire
Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA 01115

Phone: (413) 787-2400
FAX: (413) 781-8235

MARIANNE KUSA-RYLL, RDR, CRR
Official Court Reporter
595 Main Street, Suite 514A
Worcester, MA 01608

Phone: (505) 929-3399
FAX (508) 929-3397
Tax ID: 04-2838049
justicehill@aol.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 11-01-2007 | DATE DELIVERED: 11-01-2007 |

**Case Style:** 05-40034, Thomas D. Brennan v Life Insurance Company
Excerpt of Trial Day 1 - opening statement of Attorney Crevier

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 6 | 5.50 | 33.00 | | | | | | | 33.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 33.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | | |
| | | | | | | TAX (If Applicable) | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | Date Paid: | | Amt: | | | | | TOTAL DUE: | | $33.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE *Marianne Kusa-Ryll*

DATE 11-01-2007

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT 22

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

INVOICE NO:  00000297

## MAKE CHECKS PAYABLE TO:

David B. Crevier, Esquire
Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA 01115

Phone:  (413) 787-2400
FAX:  (413) 781-8235

MARIANNE KUSA-RYLL, RDR, CRR
Official Court Reporter
595 Main Street, Suite 514A
Worcester, MA 01608

Phone:  (505) 929-3399
FAX  (508) 929-3397
Tax ID:  04-2838049
justicehill@aol.com

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | 11-19-2007 | 11-25-2007 |

**Case Style:** 05-40034, Thomas D. Brennan v Life Insurance Company
Trial Day 1, 157 pages; Trial Day 2, 111 pages; Trial Day 3, 94 pages.
Total pages: 362
Split fee original and one copy/normal delivery

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 362 | 2.07 | 749.34 | | | | 749.34 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 749.34 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | | | |
| | | | | TAX (If Applicable) | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| Date Paid: | | Amt: | *Crevier due* | | | TOTAL DUE: | | | | $749.34 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *Marianne Kusa-Ryll* | 11-26-2007 |

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT 23

**MEDICAL RECORD ASSOCIATES, INC.**
P.O. BOX 869102
MILTON, MASSACHUSETTS 02186-9102

(617) 698-4411

**INVOICE NO. 1294112**

**TERMS: DUE UPON RECEIPT**

**Please return a copy of this INVOICE and check payable to:**

MEDICAL RECORD ASSOCIATES, INC.
P.O. BOX 869102
MILTON, MASSACHUSETTS 02186-9102

TAX I.D. NO. 04-2935153

TO:

| Requested by | DAVID CREVIER |
| --- | --- |
| Account Name | CREVIER & RYAN |
| Address | 1500 MAIN ST, STE 2020 |
| City State Zip | SPRINGFIELD, MA. 01115 |

| INVOICE DATE | REP. | REQUESTED BY | PAYABLE UPON RECEIPT |
| --- | --- | --- | --- |
| 12/8/05 | DAY | SUBPOENA | |
| TELEPHONE | COMMENTS | | |
| 413-787-2400 | ALL | | |

PATIENT NAME THOMAS D. BRENNAN   D.O.B.

HOSPITAL UMASS MEMORIAL HOSP. # 176409   S.S.N.

CLAIM # _____ POLICY # _____

Medical Record Associates is a Correspondence Management Service retained by the hospital. This is our invoice for retrieving, abstracting, and copying the medical record.

☐ Enclosed please find the medical information that you requested on the above named patient.

☐ Prepayment Required.    **INVOICE NO.  1294112**

| | |
| --- | --- |
| Base Charge | $ 15.74 |
| 100 Pages | $ 53.00 |
| 9 Pages | $ 2.43 |
| Postage | $ 0 |
| Less Prepayment | $ 0 |
| BALANCE DUE | $ 71.17 |

RETURN REMITTANCE COPY WITH YOUR PAYMENT.

**A SERVICE CHARGE OF 1½% PER MONTH (18% PER ANNUM) WILL BE CHARGED ON ALL ACCOUNTS NOT PAID IN 30 DAYS. PLEASE PAY PROMPTLY TO INSURE PROPER CREDIT TO YOUR ACCOUNT.**

ORIGINAL COPY                    **Thank You**

# EXHIBIT 24



# THE MAVERICK GROUP, INC. OF MA

**A Document Management Company**

## PLEASE PAY FROM THIS INVOICE

| | DATE | INVOICE # |
|---|---|---|
| | 2/22/2006 | S06-02203 |

BILL TO

Crevier & Ryan, LLP
Baybank Tower
1500 Main Street, 20nd Floor
Springfield, MA 01115

REMIT TO

The Maverick Group, Inc
1500 Main Street, Suite 225
PO Box 15187
Springfield, MA 01115

| INSURANCE CO. | REF. CASE # | DUE DATE | REP | ORDERED BY | FEDERAL ID # |
|---|---|---|---|---|---|
| | Cigna/Brennan | 3/22/2006 | JR | Jen | |

*See for Production*

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| Copy originals x 1, Staple for Staple, Clip for Clip, Rubber band copies. | 861 | 129.15 |
| Create Bates Labels per customers instructions. | 861 | 94.71 |
| Copy originals x 1, Staple for Staple, Clip for Clip, Rubber band copies. | 861 | 129.15 |
| All copies checked in quality control department to assure accuracy. | | |

## THANK YOU FOR USING THE MAVERICK GROUP, INC.!!!

Your signature below is an agreement that the above
described work has been authorized and received.
The party above assures payment of this invoice
within 28 days.

**TOTAL**    $353.01

Received and Approved by: _____    Date: 2/27/06

# EXHIBIT 25



**THE MAVERICK GROUP, INC. OF MA**

**A Document Management Company**

## PLEASE PAY FROM THIS INVOICE

# Invoice

| | DATE | INVOICE # |
|---|---|---|
| | 3/9/2006 | W06-03019 |

**BILL TO**

Crevier & Ryan
1500 Main Street, 20th Floor
Springfield, MA. 01115

**REMIT TO**

The Maverick Group, Inc.
1500 Main Street, Suite 225
Springfield, MA. 01115

| REF. CASE # | DUE DATE | REP | ORDERED BY | FEDERAL I.D. # |
|---|---|---|---|---|
| Brennen, T | 4/6/2006 | JMR | K. Parsons | ▬▬▬▬▬ |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| Copy originals x 1, staple for staple, clip for clip | 3,791 | 511.79 |
| All items checked in quality control department to assure accuracy | | |

## THANK YOU FOR USING THE MAVERICK GROUP, INC.!!!

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 28 days.

| Total | $511.79 |
|---|---|

Received and Approved by: _Jes Amalis_    Date: _3/13/06_