UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thomas Brennan,
        Plaintiff,

v.                      CIVIL ACTION NO. 05-40034-FDS

Life Insurance Company of North America,
        Defendant,

### JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED: in accordance with the courts Findings of Fact and Conclusions of Law dated 2/14/08, that judgment be entered in favor of the defendant, Life Insurance Company of North America, against the plaintiff, Thomas Brennan.**

                                              SARAH THORNTON, CLERK

Dated: 2/27/08                          /S/ Martin Castles
                                                  ( By )  Deputy Clerk